IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSTANCE FULLERTON<br>And CHARLES FULLERTON<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>　　　　Defendants. | **CORPORATE DISCLOSURE**<br>**STATEMENT OF**<br>**GENERAL MOTORS CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant General Motors Corporation ("GM") states that it is a publicly traded company. GM has no parent corporation. State Street Bank & Trust Company owns more than 10% of General Motors Corporation's stock.

Dated: 8/9/04

Signed: _____
Richard P. Campbell, BBO #071600
Steven M. Key, BBO #638145
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, MA 02129
(617) 241.3000

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION