AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Constance Fullerton and Charles Fullerton

V.

General Motors Corporation

**SUMMONS IN A CIVIL CASE**

CASE

**04-10931 REK**

TO: (Name and address of Defendant)   General Motors Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward M. Swartz, Esq., Swartz & Swartz, Ten Marshall Street, Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  5-11-04

(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>sent on or about 6/22/04, received 7/8/04 |
| NAME OF SERVER *(PRINT)*  ALAN L. CANTOR | TITLE  Attorney for plaintiffs |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the third-party defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): By certified mail, return receipt requested, received by defendant on July 8, 2004.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/5/04
     *Date*

*Signature of Server*  Alan L. Cantor

10 Marshall St.
Boston, MA 02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.