UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10931 REK

| | |
|---|---|
| CONSTANCE FULLERTON and CHARLES FULLERTON, | * * * |
| Plaintiffs | * * |
| vs. | * * |
| GENERAL MOTORS CORPORATION, | * * * |
| Defendant | * |

### AFFIDAVIT IN COMPLIANCE WITH RULE 4(h)

I, Alan L. Cantor, attorney for the above-named plaintiffs, make oath that on or about June 22, 2004, I served a copy of the Complaint with Demand for Jury Trial and Summons, Number CA 04-10931 REK, to the Office of the President, General Motors Corporation pursuant to Federal Rules of Civil Procedure 4(h)(1) and 4(m). Said documents were sent by certified mail, return receipt requested, addressed to: Office of the President, General Motors Corporation, 300 Renaissance Center, Detroit, MI 48202.

Return receipt is attached to this Affidavit and made a part of the docket, all in accordance with Federal Rules of Civil Procedure (4)(l).

The Plaintiffs,
By Their Attorneys,

_/s/ Alan L. Cantor_____
Edward M. Swartz
BBO #489540
Alan L. Cantor
BBO #072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900