IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSTANCE FULLERTON<br>and CHARLES FULLERTON<br><br>  Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) **GENERAL MOTORS CORPORATION'S**<br>) **MOTION TO TRANSFER VENUE**<br>)<br>)<br>) **CASE: 04-10931 REK**<br>)<br>) |

TO:   Plaintiffs, above named, and their attorney of record, Alan L. Cantor, Esq., and Edward M. Swartz, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108.

PLEASE TAKE NOTICE that General Motors Corporation ("GM") moves this Court pursuant to Federal Rule of Civil Procedure 7 for an order transferring venue of this action from the District of Massachusetts to the District of Maine pursuant to 28 U.S.C. §1404(a).

This Motion is made upon the following grounds:

1.   The plaintiffs are residents and citizens of Maine.

2.   The incident alleged in plaintiffs' Complaint occurred in the State of Maine.

3.   The Plaintiffs allege only that General Motor Corporation transacts business in Massachusetts, but allege no contacts between the Plaintiffs, the incident, or General Motors Corporation within the Commonwealth of Massachusetts which would make venue in Massachusetts convenient for the parties or witnesses.

4.   The District of Maine is a more convenient venue for this action.

## REQUEST FOR ORAL ARGUMENT

Defendant General Motors Corporation believes that oral argument will assist the Court and wishes to be heard and hereby requests oral argument on its Motion to Transfer Venue.

This motion is based on all of the files and proceedings herein, and upon the Affidavit and Memorandum submitted herewith.  A proposed order is included for the Court's consideration.

Respectfully submitted,
GENERAL MOTORS CORPORATION
By its attorneys

Richard P. Campbell, BBO #071600
Steven M. Key, BBO #638145
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, MA 02129
(617) 241.3000

Dated:  August 23, 2004.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on August 23, 2004.

Steven M. Key