IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSTANCE FULLERTON and CHARLES FULLERTON,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | **AFFIDAVIT OF MICKEY W. GREENE IN SUPPORT OF DEFENDANT GENERAL MOTORS CORPORATION'S MOTION TO TRANSFER VENUE**<br><br>**CASE: 04-10931 REK** |

STATE OF MINNESOTA  )
                    ) SS.
COUNTY OF HENNEPIN  )

Mickey W. Greene, being first duly sworn, deposes and states the following:

1. I am an attorney with Hanson Marek Bolkcom & Greene, Ltd, a firm representing General Motors Corporation in various product liability matters. This affidavit is based on my own personal knowledge based on a review of General Motors Corporation's file materials in support of Defendant General Motors Corporation's Motion to Transfer Venue. I am over the age of eighteen and competent to make this statement.

2. On August 16, 2004, I sent a letter to plaintiffs' counsel of record, Alan L. Cantor and Edward M. Swartz, in an effort to resolve the issue of venue as required by Local Rule 7.1(a)(2). Attached hereto as Exhibit A is a true and correct copy of this letter. I did not receive a response to my letter.

3. Attached hereto as Exhibit B is a true and correct copy of a statement signed by Plaintiff Charles H. Fullerton.

4.  Attached hereto as Exhibit C is a true and correct copy of the Livermore Falls Fire Department Run Sheet, dated April 17, 2002.

FURTHER AFFIANT sayeth not.

Executed on August 20, 2004, at Minneapolis, Minnesota.

_____
Mickey W. Greene

Subscribed and sworn to before me
this 20th day of August, 2004.

_____
Notary Public

PATRICIA T. PHILL
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

2



HANSON
MAREK
BOLKCOM
&
GREENE
Ltd.
ATTORNEYS

August 16, 2004

Edward M. Swartz, Esq.
Alan L. Cantor, Esq.
SWARTZ & SWARTZ                    **VIA FACSIMILE**
10 Marshall Street                 **617.367.7193**
Boston, MA 02108

Re:   Constance Fullerton and Charles Fullerton v. General Motors Corporation

Dear Counsel:

As you know, our office, along with the Campbell firm, will be representing GM in this matter. We have reviewed the plaintiffs' complaint, and because it appears that the plaintiffs are residents and citizens of Maine, the accident occurred in Maine, and all witnesses are located in Maine, we believe that venue of this action is more appropriate in the district court for the District of Maine. This letter is sent to you pursuant to Local Rule 7(a)(2), requiring consultation prior to filing a motion to transfer venue to the District of Maine. If you are agreeable to transfer venue of this action to Maine, please call or fax me within the next couple of days. If I do not hear from you, I will assume that you oppose transfer of this action, and we will file the motion to transfer venue.

Please feel free to call if you have any questions.

Very truly yours,

*Mickey W. Greene*
Mickey W. Greene
**Direct Dial: 612.342.2942**
Email: mgreene@hmbglaw.com

cc:   Steven M. Key, Esq. (via fax—617.241-5115)

Exhibit A

2200 Rand Tower

527 Marquette Avenue

Minneapolis, MN 55402

Phone: 612.342.2880

Fax: 612.677.3772

F:\CASES\FULLERTON\LETTERS\ES081604

Phone: (207) 897-2405
Bus:   (207) 369-2907

The following is as best remembered the accident details and information requested.

1990 Cadillac Coupe DeVille
Vin Number: 1G6CD1338L4220516
Mileage: 122,374
Cadillac Garage: none chosen yet
Date of incident: 04/16/2002
Time of incident: 10:10pm
Location of incident: Home driveway
Who was driving: Constance Fullerton (wife) age: 56 no disabilities
Road surface: Asphalt
Condition: Dry
Number of people in vehicle: none
Bodily injuries: Constance (wife), broken fema, multiple 3rd degree burns to abdomen, hands and arms. Face and legs badly bruised
Other vehicles involved: no
Property damage: broken moldings on side of house and broken outside elec. outlet.
Components alleged defective: Parking gear
Present location of vehicle: Hilltop Body Shop, Jay Maine 04239
Police Report: Yes,  Phone  207-897-3424
Where did owner have maint. Preformed? Bailey Bro. Ford, David Wards Auto Repair, and Western Auto of Livermore Falls
Insurance: Yes
Company Name: One Beacon
Address: ?
Phone: ?
Agent: Dubard Insurance Agency of Livermore Falls Me. 04254
Owners description of what happened:
My wife was critically injured when our old 1990 Cadillac Coupe DeVille came out of Parking gear, running over her pining her under the running car for seven hours with the cars tail pipe pressed against her upper abdomen. She sustained a fractured fema, and extensive third degree burns to her abdomen, right breast, hands, and arms. At this time she has "drop foot" to her left foot, a condition resulting in loss of blood circulation due to the fracture of her fema and extensive trauma. She spent 25 days in the hospital. She is home now and is rehabilitating with the aid of Androscoggin Home Health. She has extensive skin grafts to her upper abdomen and right breast, she will need home care for an extended time. Within one year, she will need to have plastic corrective surgery to correct the loss of tissue.
It is our hope and prayer that GM Cadillac will look into this and contact me personally to resolve this incident.

Sincerely,
Charles H. Fullerton

Exhibit B

# LIVERMORE FALLS FIRE DEPT
## RUN SHEET

DATE 04/17/02  
TIME CALLED IN 0525  
TIME IN ROUTE 0530  
TIME ON SCENE 0532  
RUN # 022-02  
TIME 0525 to 0620 HRS  
TIME CHARGED 1 HRS

| # | Name | hour | wage |
|---|------|------|------|
| 1 | KENNY JONES | 1 | 8.00 |
| 2 | JIM CHRETIEN | | |
| 3 | RON LECLERC | 1 | 8.00 |
| 4 | ALBERT JONES | 1 | 8.00 |
| 5 | MOE CHRETIEN | | |
| 6 | CORY CLAPSADDLE | | |
| 7 | RENE CLOUTIER | 1 | 8.00 |
| 8 | JIM LECLERC | | |
| 9 | RICHARD WELLS | 1 | 8.00 |
| 10 | JIM PURINGTON | | |
| 11 | MARK CHRETIEN | 1 | 7.00 |
| 12 | JIM WETHERELL | | |
| 13 | RANDY BERRY | | |
| 14 | ELVIN FROST | | |
| 15 | SHERRY GIVEN | | |
| 16 | ADAM SAMPSON | | |
| 17 | KIKI DUGUAY | | |
| 18 | ALAN CHRETIEN | | |
| 19 | JOHN WAKEFIELD | | |
| 20 | JASON BUTTERFIED | | |
| 21 | JOHN DANKS | | |
| 22 | KEITH GRUNDY | | |
| 23 | DANA ARMSTRONG | | |
| 24 | ROBERT MELOTTO | 1 | 7.00 |
| 25 | GRAIG HEWINS | | |
| 26 | JERMY GODING | | |

**SUBS**
- Marvin Parker — 1 — 7.00
- Dan Vanderbuilt

**APPARATUS**
- CHIEF [X]
- ENG 1 - E-1 [X]
- ENG 3 - MACK [ ]
- ENG 4 - BEAN [ ]
- TANKER ONE [ ]
- SQUAD ONE [X]
- LADDER ONE [ ]
- 4 X 4 [ ]

Type of call:
- STRUCTURE [ ]
- CHIMNEY [ ]
- MOTOR VEH. [ ]
- ELECTRICAL [ ]
- GRASS [ ]
- WOODS [ ]
- TRASH [ ]
- RESCUE [ ]
- SMOKE ONLY [ ]
- FALSE ALARM [ ]
- GAS SPILL [ ]
- OIL SPILL [ ]

**HOSES**
- HIGH PRESSURE [ ]
- BOOSTER LINE [ ]
- REDI-LINE [ ]
- 1.5 ___ LENGTHS [ ]
- 2.5 ___ LENGTHS [ ]
- 4.0 ___ LENGTHS [ ]

**FUEL**
- ENG-1 ___ GALS [ ]
- ENG-3 ___ GALS [ ]
- ENG-4 ___ GALS [ ]
- TANKER ___ GALS [ ]
- SQUAD ___ GALS [ ]
- LDR-1 ___ GALS [ ]
- 4 X 4 ___ GALS [ ]

**EQUIPMENT**
- AIR PACK [ ]
- SPARE TANK [ ]
- VENT FANS [ ]
- GRD LADDER [ ]
- PORT. GEN. [ ]
- PORT. LIGHTS [ ]
- HURST POWER [ ]
- CHIM CLN OUT [ ]
- CHIM FLARES [ ]
- K-14 SAW [ ]
- AXES [ ]
- PICK POLE [ ]
- PRY BARS [ ]
- FOAM [ ]
- ABSOR PAD# ___ [ ]
- PORT. PUMP [ ]
- INDIAN TANKS [ ]

RESIDENT: ___  
ADDRESS: ___  
OWNER: ___  
ADDRESS: ___  
PHONE: ___  
CAUSE OF FIRE: ___  
DAMAGE: ___  
INJURIES: ___  
INSURANCE: ___

SUMMARY: Call received to set up a landing zone at 367 Park Street.

Established zone in field to right going up Hinkley Hill.

Assisted in loading victim.

PERSONNEL: 8  COST: 61.00  
REPORT FILED BY: K. Jones  
OFFICER IN CHARGE: K. Jones  
APPROVED BY: Ken Jones

Exhibit C