IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONSTANCE FULLERTON<br>and CHARLES FULLERTON<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **[PROPOSED] ORDER**<br><br><br>**CASE: 04-10931 REK** |

THIS MATTER comes before this Court on the motion of Defendant General Motors Corporation to Transfer Venue. The Court, having considered the arguments and memoranda of counsel together with their attachments, and being duly informed, NOW ORDERS:

The Motion of Defendant to Transfer Venue is **GRANTED. IT IS ORDERD** that this action is transferred from the District of Massachusetts to the District of Maine.

Dated: _____, 2004.

BY THE COURT:

_____
Honorable Robert E. Keeton

Presented by:
GENERAL MOTORS CORPORATION
By its attorneys

_____
Richard P. Campbell, BBO #071600
Steve Key, BBO #638145
Campbell Campbell Edwards & Conroy,
Professional Corporation