UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10931 REK

| | |
|---|---|
| CONSTANCE FULLERTON and CHARLES FULLERTON, | * * * |
| Plaintiffs | * * |
| vs. | * * |
| GENERAL MOTORS CORPORATION, | * * * |
| Defendant | * |

**PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT
GENERAL MOTORS CORPORATION TO TRANSFER VENUE**

The plaintiffs oppose the motion of the defendant General Motors Corporation to transfer this action to the United States District Court for the District of Maine. As is set forth in more detail in the memorandum filed herewith, the defendant has failed to meet its heavy burden of establishing that factors of convenience and judicial efficiency strongly favor litigating this claim in Maine. In support of their opposition, plaintiffs rely on the following factors:

1. The vehicle was originally sold in Massachusetts and this action arises out of defendant's transaction of business in Massachusetts;

2. At least one prior owner of the vehicle resided in and presumably serviced and utilized the vehicle in Massachusetts;

3. The experts for both parties who were involved in the original tear-down of the vehicle are located in New Hampshire, Illinois and Michigan, and none are located in Maine;

4. The attorneys for the parties are located in Massachusetts and Minnesota, and none are located in Maine;

5. The only critical witnesses to the incident are the plaintiffs as no one actually witnessed the incident other than the victim plaintiff Constance Fullerton, who was found at the scene by her husband plaintiff Charles Fullerton. The Fullertons have chosen to bring this action in Massachusetts;

6. Because of the close proximity of Maine and Massachusetts, any sources of proof located in Maine may be easily transported to Massachusetts.

Based on the foregoing factors, the defendant has failed to make the necessary showing to overcome plaintiffs' choice of forum and the motion to transfer should be denied.

The Plaintiffs,
By Their Attorneys,

*Alan L. Cantor*

Edward M. Swartz
BBO #489540
Alan L. Cantor
BBO #072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900

### CERTIFICATE OF SERVICE

I, Alan L. Cantor, Esq., do hereby certify that I have served a copy of the foregoing document upon the defendants by mailing the same, first class mail, postage prepaid, via facsimile or other indicated mode of transmittal, to all counsel, to wit: Steven Key, Esq., Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, MA 02109.

Dated: 9-07-04

Alan L. Cantor