UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSTANCE FULLERTON and <br> CHARLES FULLERTON, <br>    Plaintiffs <br> <br> v. <br> <br> GENERAL MOTORS CORPORATION, <br>    Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-10931-REK <br> ) <br> ) <br> ) |

ORDER
September 16, 2004

The parties are hereby notified that they are to be prepared for oral argument on any motions pending at the time of the Scheduling Conference set for **3:00 p.m. on October 13, 2004.**

_____/s/Robert E. Keeton____

Robert E. Keeton
Senior United States District Judge