UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10931 REK

CONSTANCE FULLERTON
and CHARLES FULLERTON,

    Plaintiffs

vs.

GENERAL MOTORS
CORPORATION,

    Defendant

## THE PARTIES' JOINT STATEMENT

Pursuant to United States District Court Local Rule 16.1(D), the parties propose the following discovery schedule.

### I. JOINT DISCOVERY PLAN AND FILING OF MOTIONS

1. Discovery shall be completed by September 30, 2005.

2. All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed no later than January 31, 2005.

3. All requests for production of documents pursuant to Fed. R.Civ. P. 34, and all interrogatories propounded pursuant to Fed. R. Civ. P. 33 shall be served no later than March 31, 2005. All answers/responses to the written discovery indicated above shall be served in accordance with Rules 33 and 34, Fed. R. Civ. P. unless otherwise agreed to by the parties.

4. All notices of taking deposition of any nonexpert witness shall be served no later than May 31, 2005.

5. The plaintiffs shall identify their experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 15, 2005.

6. The defendants shall identify their experts pursuant to Fed. R.Civ. P. 26(a)(2) on or before July 15, 2005.

7. All depositions shall be completed by September 30, 2005.

8. The experts may be deposed. The deposition of plaintiff's experts may be taken first, but not before the defendant has disclosed its experts. The parties shall be responsible for paying the other party's expert's reasonable fees for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall not be responsible for paying the other party's expert's fees for time spent in preparing for the deposition. The depositions of the experts shall be taken in the area the expert has his place of business, unless otherwise agreed upon by the parties.

9. All discovery motions under Rule 37 shall be filed on or before October 15, 2005. The parties shall confer prior to the filing of any such motions in an attempt to resolve their differences.

10. All dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56 shall be filed on or before November 21, 2005.

11. A final pretrial conference shall be scheduled by the court on or some time following December 12, 2005.

12. The parties expect to be ready for trial on or sometime following February 1, 2006.

## II. TRIAL BEFORE A MAGISTRATE

The parties object to having this case tried before a magistrate.

### III. CERTIFICATIONS

The parties have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs. Certifications will be provided as soon as possible.

        The Plaintiffs,
        By Their Attorneys,

        Edward M. Swartz
        BBO #489540
        Alan L. Cantor
        BBO #072360
        Jason Mark
        BBO #631207
        Swartz & Swartz
        10 Marshall Street
        Boston, MA 02108
        617-742-1900

        The Defendant,
        By Its Attorneys,

        Steven Key
        Campbell, Campbell, Edwards & Conroy
        One Constitution Plaza
        Boston, MA 02109

### CERTIFICATE OF SERVICE

I, Alan L. Cantor, Esq., do hereby certify that I have served a copy of the foregoing document upon the defendants by mailing the same, first class mail, postage prepaid, via facsimile or other indicated mode of transmittal, to all counsel, to wit: Steven Key, Esq., Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, MA 02109.

Dated: October 12, 2004                       Alan L. Cantor