UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CIVIL ACTION
NO. 04-10931 REK

| | |
|---|---|
| CONSTANCE FULLERTON and CHARLES FULLERTON, | * * * |
| Plaintiffs | * * |
| vs. | * * |
| GENERAL MOTORS CORPORATION, | * * * |
| Defendant | * |

## LOCAL RULE 16.1 CERTIFICATION

I, Alan L. Cantor, certify that I have conferred with the plaintiff regarding the following:

(a) A view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

The Plaintiffs,
By Their Attorneys,

_____
Edward M. Swartz
BBO #489540
Alan L. Cantor
BBO #072360
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900

The Plaintiffs,

*Constance Fullerton*
Constance Fullerton

*Charles H. Fullerton*
Charles Fullerton

### CERTIFICATE OF SERVICE

I, Alan L. Cantor, Esq., do hereby certify that I have served a copy of the foregoing document upon the defendants by mailing the same, first class mail, postage prepaid, via facsimile or other indicated mode of transmittal, to all counsel, to wit: Steven Key, Esq., Campbell, Campbell, Edwards & Conroy, One Constitution Plaza, Boston, MA 02109.

Dated: 10/12/04                              *Alan L. Cantor*
                                             Alan L. Cantor