

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY ; SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**

U.S. D.C. - District of Maine
Clerks Office
156 Federal Street
Portland, Maine 04101

**RE:**

CIVIL ACTION #. 04-10931-REK

CRIMINAL #. _____

Constance Fullerton v. General Motors

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ 10-13-04 by the Honorable Robert E. Keeton.

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries;

(X) Certified copy of the transferral order;

(X) Original documents numbered 1-14

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: 12-30-04

By: _____
Deputy Clerk

cc:    Counsel, File

---

The documents listed above were received by me on 1/3/05 and assigned the following case number: 05-CV-1-PS.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)